UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KING SOLOMON, *Prophet, Noble a/k/a Drew Ali*, <br><br>Plaintiff, <br><br>v. <br><br>EVERY INDIVIDUAL & OFFICIAL WITHIN THE WHOLE STATE OF MISSOURI, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No.   4:25-cv-01488-RHH |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff King Solomon's application to proceed in district court without prepaying fees or costs. Having reviewed the application and financial information, the Court will grant it and waive the filing fee. Furthermore, after initial review, the Court will dismiss this action.

### Legal Standard on Initial Review

Complaints filed *in forma pauperis* by a non-prisoner are subject to pre-service review pursuant to 28 U.S.C. § 1915(e)(2)(B). *See Carter v. Schafer*, 273 Fed. App'x 581 (8th Cir. 2008) (stating that "contrary to plaintiffs' arguments on appeal, the provisions of 28 U.S.C. § 1915(e) apply to all persons proceeding IFP

–1–

and are not limited to prisoner suits, and the provisions allow dismissal without service"). Under 28 U.S.C. §1915(e)(2), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief may be granted. To state a claim, a plaintiff must demonstrate a plausible claim for relief, which is more than a "mere possibility of misconduct." *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* at 678.

Determining whether a complaint states a plausible claim for relief is a context-specific task that requires the reviewing court to draw upon judicial experience and common sense. *Id.* at 679. The court must "accept as true the facts alleged, but not legal conclusions or threadbare recitals of the elements of a cause of action, supported by mere conclusory statements." *Barton v. Taber*, 820 F.3d 958, 964 (8th Cir. 2016).

### The Complaint

Plaintiff brings this civil rights action under 42 U.S.C. §1983 alleging defendants "Every Individual and Official within the State of Missouri" are denying him his rewards. He alleges he is the only "Moorish-American Asiatic-Moslem" [sic] in the world. He states that because of his religion, he must consider every individual and official in Missouri as "undesirables."

He then refers to his prior case, *Seals-Surplus v. Every Individual & Official Within the Whole State of Missouri*, 4:24-cv-1438-NCC, and states as follows:

> Refer to: "Mime-Version : I.D."
>
> Subject: Activity in case 4:24-cv-01438-NCC Seals-Surplus v. Every Individual & Official Within the Whole State of Missouri opinion.
>
> Where it's typed, Seq = num = 20 & Magic = Num = Magic, "I assume these are wands if they're free then I would like to obtain the 20, if they're for me? And I'd like to get the instructions in regards to how to operate them?
>
> "I'd like for the computer's to send me the "Wands"? Because I won; *State v. Seals & Seales v. State*; case law's, as well as the above mentioned lawsuit, "then," I think that I should get "paid" from what I "won"!
>
> "I would also like for the computers to send me 7 million dollar's on the 7th of every month?" The "finance" should be in the form of a money order "only"?
>
> "Do not" send any of my finances to these people here, staff, resident's etc., send everything directly to me "only," "secured" ???? These people get money from my "medica[id]" for me to live here!

Doc. [1-1] at 2.

Plaintiff attaches to his complaint several documents from his prior cases, including a ruling from his 1979 state court habeas petition. For relief, Plaintiff seeks "the same lawsuit, and the same amount of wealth from, 'every individual and official within the whole state of Missouri?'!." Doc. [1] at 5.

## Discussion

Based on the complaint, the Court finds Plaintiff's claims lack an arguable basis in either law or fact, and are frivolous. Any legal theories are indisputably meritless and the factual allegations are "fanciful," "fantastic," and "delusional." *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (quoting *Neitzke v. Williams*, 490 U.S. 319 (1989)). Thus, the Court finds that Plaintiff's complaint is frivolous and fails to state viable legal claims.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in the district court without prepaying fees and costs is **GRANTED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants "Every Individual & Official Within the Whole state of Missouri" are **DISMISSED** without prejudice.

An Order of Dismissal will accompany this Opinion, Memorandum and Order.

Dated this 9th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE